# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154358(62)

STEVEN ILIADES and JANE ILIADES,
　　　　　Plaintiffs-Appellees,

v

DIEFFENBACHER NORTH AMERICA, INC.,
　　　　　Defendant-Appellant.
_____/

SC: 154358
COA: 324726
Oakland CC: 12-129407-NP

　　　　On order of the Chief Justice, the motion of the Michigan Manufacturers Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 11, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2017　　　　　　　　　　

Clerk